## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| JOHN ROCKEY AND RIKKI ROCKEY AND RIKKI ROCKEY AS NEXT BEST FRIEND TO TAYLOR ROCKEY | ) | |
|     PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | Case No. |
| | ) | |
| R&R TRUCKING | ) | |
|     DEFENDANT, | ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiffs, John Rockey, Rikki Rockey and Rikki Rockey as next best friend to Taylor Rockey, by and through their attorneys, Mahoney & Mahoney, LLC. by Timothy Mahoney, and in support of their complaint against Defendant, R&R Trucking, alleges as follows:

### GENERAL ALLEGATIONS

1.  At all relevant times hereto the Plaintiffs, John Rockey, Rikki Rockey and Rikki Rockey as next best friend to Taylor Rockey, reside at 7449 East Cedarville Road, Rock City, IL 61070.

2.  At all relevant times hereto the Defendant, R&R Trucking, is a corporation that is a citizen of the State of Iowa whose State of Incorporation as well as its principle place of business is the State of Iowa.

3.  The amount of controversy without interests and costs exceeds the amount specified in 28 USC Section 1332.

4.  On or about November 27, 2019, James Eugene Rose, was an employee of R&R Trucking for the purposes of driving a tractor-trailer.

5.  On or about November 27, 2019, R&R Trucking, was in the business of hauling and transporting merchandise.

6.  On or about November 27, 2019, James Eugene Rose was an agent of the Defendant, R&R Trucking.

7.     On or about November 27, 2019, James Eugene Rose was working within the scope of his employment and or agency of the Defendant, R&R Trucking.

8.     On or about November 27, 2019, R&R Trucking by and through its employees and agents including but not limited to James Eugene Rose, loaded a trailer for the purpose of hauling goods and proceeded to drive the trailer through the State of Illinois.

9.     The Defendant, R&R Trucking, by and through its employees and agents including but not limited to James Eugene Rose were responsible for securing and safely hauling the load that was being driven by James Eugene Rose on the date of this wreck.

    a.     That it was the duty of R&R Trucking by and through its employees and agents including but not limited to James Eugene Rose to use ordinary care in the transportation of the load being hauled by the defendant's employee and agent, James Eugene Rose.

    b.     That it was the duty of R&R Trucking by and through its employees and agents to not cause injuries the John Rockey and Rikki Rockey as next best friend to Taylor Rockey.

10.     The Plaintiffs, John Rockey and Rikki Rockey as next best friend to Taylor Rockey, were at the stoplight traveling westbound at the intersection of Highway 20 and Pecatonica Road within Pecatonica, IL.

11.     The Defendant, R&R Trucking by and through their employees and or agents, James Eugene Rose, notwithstanding the aforementioned duty ignored and drove his vehicle into the rear of the vehicle lawfully stopped in which the Plaintiffs, John Rockey was driving.

### COUNT I - NEGLIGENCE
### Personal Injury Claim – John Rockey

1. – 11. Plaintiff, John Rockey, repeats the allegations, and incorporates by reference paragraphs One (1) through Eleven (11) in the General Allegations as though fully set forth in General Allegations.

12.     The Defendant R&R Trucking, was negligent in that;

a.      The Defendant R&R Trucking, by and through its employees and agents, was driving its vehicle at an excessive rate of speed in violation of Illinois State Statute 625 ILCS 5/11-601.

b.      The Defendant R&R Trucking, by and through its employees and agents, failed to reduce its vehicle's speed to avoid an accident at the intersection of Highway 20 and Pecatonica Road in violation of Illinois State Statute 625 ILCS 5/11-601.

c.      The Defendant R&R Trucking, by and through its employees and agents, failed to keep a proper lookout.

d.      The Defendant R&R Trucking, by and through its employees and agents, operated its vehicle in a manner that failed to make a timely application of his brakes or do otherwise control his speed.

e.      The Defendant R&R Trucking, by and through its employees and agents, failed to keep the tractor-trailer within a proper distance from the other vehicles on the roadway in violation of the Illinois State 625 ILCS 11-710.

f.      The Defendant R&R Trucking, by and through its employees and agents, followed too closely to the other vehicles in violation of Illinois State Statute 625 ILCS 11-710.

g.      The Defendant R&R Trucking, by and through its employees and agents, failed to reduce speed to avoid a colliding with other vehicles on the highway, in violation of Illinois State Statute ILCS 11-601.

13.     As a result of the negligence on the part of the Defendant, R&R Trucking, the Plaintiff, John Rockey, suffered severe and grievous injuries, including but not limited to, mental and physical pain and suffering. He was forced to miss work to attend appointments with various physicians, thus causing him to both lose income and simultaneously incur medical bills.

14.     As a direct and proximate result of the negligent actions of the Defendant, R&R Trucking, the Plaintiff, John Rockey, will continue to incur medical expenses in the future, will continue to

lose time at work and will continue lose income, and will continue to have mental and physical pain and suffering, as a result of his injures.

WHEREFORE, Plaintiffs, John Rockey, pray this court enter a judgment against Defendant, R&R Trucking, for an amount in excess of $75,000.00 plus court costs.

## COUNT II- NEGLIGENCE
### Personal Injury Claim – Rikki Rockey as next best friend to Taylor Rockey

1. – 11. Plaintiff, Rikki Rockey as next best friend to Taylor Rockey, repeats the allegations, and incorporates by reference paragraphs One (1) through Eleven (11) in the General Allegations as though fully set forth in General Allegations.

12.     The Defendant R&R Trucking, was negligent in that;

a.     The Defendant R&R Trucking, by and through its employees and agents, was driving its vehicle at an excessive rate of speed in violation of Illinois State Statute 625 ILCS 5/11-601.

b.     The Defendant R&R Trucking, by and through its employees and agents, failed to reduce its vehicle's speed to avoid an accident at the intersection of Highway 20 and Pecatonica Road in violation of Illinois State Statute 625 ILCS 5/11-601.

c.     The Defendant R&R Trucking, by and through its employees and agents, failed to keep a proper lookout.

d.     The Defendant R&R Trucking, by and through its employees and agents, operated its vehicle in a manner that failed to make a timely application of his brakes or do otherwise control his speed.

e.     The Defendant R&R Trucking, by and through its employees and agents, failed to keep the tractor-trailer within a proper distance from the other vehicles on the roadway in violation of the Illinois State 625 ILCS 11-710.

4

f.     The Defendant R&R Trucking, by and through its employees and agents, followed too closely to the other vehicles in violation of Illinois State Statute 625 ILCS 11-710.

g.     The Defendant R&R Trucking, by and through its employees and agents, failed to reduce speed to avoid a colliding with other vehicles on the highway, in violation of Illinois State Statute ILCS 11-601.

13.     As a result of the negligence on the part of the Defendant, R&R Trucking, the Plaintiff, Rikki Rockey as next best friend to Taylor Rockey, suffered severe and grievous injuries, including but not limited to, mental and physical pain and suffering. He was forced to miss work to attend appointments with various physicians, thus causing him to both lose income and simultaneously incur medical bills.

14.     As a direct and proximate result of the negligent actions of the Defendant, R&R Trucking, the Plaintiff, Rikki Rockey as next best friend to Taylor Rockey, will continue to incur medical expenses in the future, will continue to lose time at work and will continue lose income, and will continue to have mental and physical pain and suffering, as a result of his injures.


WHEREFORE, Plaintiffs, Rikki Rockey as next best friend to Taylor Rockey, pray this court enter a judgment against Defendant, R&R Trucking, for an amount in excess of $75,000.00 plus court costs.


## COUNT III - LOSS OF CONSORTIUM

1. – 11. Plaintiff, Rikki Rockey, repeats the allegations, and incorporates by reference paragraphs One (1) through Eleven (11) in the General Allegations as though fully set forth in Count II.

11.     At all times relevant to this claim, Plaintiff, Rikki Rockey, was and is the lawful spouse of John Rockey. As the spouse of John Rockey, Plaintiff, Rikki Rockey, was accustomed to and did receive the love, affection and care from John Rockey and was dependent on him for the necessities of life that he provided. In addition, she was entitled to and did receive the consortium and society of John Rockey and the other concomitants of married life.

5

11.     As a direct and proximate result of the Defendant, R&R Trucking's, negligence and other acts and omissions specified above, the Defendant, R&R Trucking, caused serious and permanent injuries to John Rockey and, thereby, interfered with the relationship of Rikki Rockey and the Plaintiff, John Rockey, so as to deprive the Plaintiff, Rikki Rockey, of all of those elements of married life she was accustomed to receiving. Defendant thus grievously injured and damaged Rikki Rockey on those particulars of support, devotion, care, society, and consortium which she formally, prior to the injury to John Rockey received and which now, because of the injury, she has lost, all to the damage of Plaintiff, Rikki Rockey.

WHEREFORE, Plaintiff, Rikki Rockey, demand judgment against the Defendant, R&R Trucking, in a sum in excess of $75,000.00 plus court costs.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully Submitted,

Mahoney & Mahoney, LLC

By: _____
*Timothy Mahoney*
Timothy Mahoney

Drafted by:



Timothy Mahoney
Mahoney & Mahoney, LLC
Attorney for John Rockey, Rikki Rockey and Taylor Rockey
109 W. Main St., Freeport, IL 61032
(815) 656-4600
tim@mahoneymahoney.com